UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUNG WOOK NA,

Petitioner - Appellee,

v.

JASMINE PEARL NA,

Respondent - Appellant.

No. 26-6105

D.C. No.
8:25-cv-02479-DOC-ADS
Central District of California,
Santa Ana

ORDER

Before: HURWITZ and VANDYKE, Circuit Judges.

The court has received the emergency motion for a stay pending appeal. The request for an administrative stay is granted. The district court's September 4, 2026 order and judgment is temporarily stayed pending further order. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019). During this temporary stay, the conditions established in the district court's temporary stay order entered September 21, 2026 will remain in effect.

The response to the emergency motion for a stay pending appeal is due September 28, 2026. The optional reply is due September 30, 2026.