UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNG WOOK NA,<br><br>Petitioner - Appellee,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellant. | No. 26-6105<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| JUNG WOOK NA,<br><br>Petitioner - Appellant,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellee. | No. 26-6374<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br><br>Central District of California,<br>Santa Ana |

The court's October 26, 2026 order (Docket Entry No. 17) is vacated as issued in error.

The briefing schedule established in the court's September 30, 2026 order (Docket Entry No. 11) is amended as follows: The first brief on cross-appeal is due November 6, 2026. The second brief on cross-appeal is due November 27, 2026. The third brief on cross-appeal is due on December 18, 2026. The optional cross-appeal reply brief is due 14 days after the third brief on cross-appeal is served.

This case will remain on the calendar for January 2027. *See* 9th Cir. Gen. Ord. 3.3(g).

No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT