UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUNG WOOK NA,

Petitioner - Appellee,

v.

JASMINE PEARL NA,

Respondent - Appellant.

No. 26-6105

D.C. No.
8:25-cv-02479-DOC-ADS
Central District of California,
Santa Ana

ORDER

JUNG WOOK NA,

Petitioner - Appellant,

v.

JASMINE PEARL NA,

Respondent - Appellee.

No. 26-6374

D.C. No.
8:25-cv-02479-DOC-ADS
Central District of California,
Santa Ana

The fees for appeal No. 26-6374 are overdue. No later than November 4, 2026, appellant in appeal No. 26-6374 must pay $605 to the district court and file proof of payment in this court. If appellant does not do so, the court will dismiss appeal No. 26-6374. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT