UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNG WOOK NA,<br><br>Petitioner - Appellee,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellant. | No. 26-6105<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| JUNG WOOK NA,<br><br>Petitioner - Appellant,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellee. | No. 26-6374<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br><br>Central District of California,<br>Santa Ana |

Appellant's November 4, 2026 motion to extend time to file the first brief on cross-appeal (Docket Entry No. 22) is **GRANTED IN PART**.

The briefing schedule established in the court's October 27, 2026 order is amended as follows: The first brief on cross-appeal is due November 16, 2026. The second brief on cross-appeal is due December 7, 2026. The third brief on cross-appeal is due December 21, 2026. The optional cross-appeal reply brief is due 14 days after the third brief on cross-appeal is served.

The case will remain on the calendar for January 12, 2027. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT