# U.S. District Court

## California Central - Santa Ana

Receipt Date: Oct 28, 2026 11:15AM

Reel Fathers Rights

Rcpt. No: 2985

Trans. Date: Oct 28, 2026 11:15AM

Cashier ID: #PD (6687)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #4770 | 10/28/2026 | $605.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |

**Comments:** 8:25-cv-02479-DOC-ADS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.