UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNG WOOK NA,<br><br>Petitioner - Appellee,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellant. | No. 26-6105<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| JUNG WOOK NA,<br><br>Petitioner - Appellant,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellee. | No. 26-6374<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br><br>Central District of California,<br>Santa Ana |

Appellant's motion to file under seal the unredacted first brief on cross-appeal and Volume 7 of the excerpts of record (Docket No. 26) is granted. The clerk will file publicly the motion to seal (Docket No. 26.1). The clerk will maintain the unredacted first brief and Volume 7 of the excerpts of record under seal at Docket Nos. 29 and 30.

FOR THE COURT:

MOLLY C. DWYER

CLERK OF COURT