UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNG WOOK NA,<br><br>Petitioner - Appellee,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellant. | No. 26-6105<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| JUNG WOOK NA,<br><br>Petitioner - Appellant,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellee. | No. 26-6374<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br><br>Central District of California,<br>Santa Ana |

Appellee's motion to withdraw as counsel (Docket No. 34) is denied without prejudice. The court finds that good cause has not been demonstrated for granting the motion. Appellee's motion for an extension of time (Docket No. 35) is denied. Appellee's motion for an order permitting the release of sealed transcripts (Docket No. 36), conditioned on Appellee's proceeding pro se, is denied as moot.

FOR THE COURT:

MOLLY C. DWYER

CLERK OF COURT